IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN MENZIES,

     Plaintiff,                            No. CIV S-04-1009 DFL KJM PS

  vs.

MARY MUSE, et al.,

     Defendants.                       <u>ORDER</u>

_____/

        Defendants' motion for attorneys' fees came on regularly for hearing on May 25, 2005 before the undersigned. Plaintiff appeared in propria persona. Franklin Gumpert appeared for defendants El Dorado County Grand Jury, Warren, Lacy, Roth, Brunner and Gumpert. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. Within seven days from the date of this order, defense counsel shall submit for <u>in camera</u> review the billing records pertaining to this action.

        2. Within seven days from the date of this order, defendants shall submit

/////

/////

/////

1

1  evidence regarding the prevailing rates for defense counsel in the Eastern District performing
2  work similar to the defense of the instant action.
3  DATED:  May 26, 2005.

    _____
    UNITED STATES MAGISTRATE JUDGE

006
menzies.oah