UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

MAY 31 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

|  |  |
|---|---|
| STEPHEN W. MENZIES,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MARY T. MUSE; et al.,<br><br>    Defendants - Appellees. | No. 05-15855<br>D.C. No. CV-04-01009-<br>DFL/KJM<br><br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [X]

Explanation: _Court lacks subject matter jurisdiction. See F&R's_

_____
Judge
United States District Court

Date: 5/27/2005