IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN MENZIES,

    Plaintiff,                                No. CIV S-04-1009 DFL KJM PS

    vs.

MARY MUSE, et al.,

    Defendants.                            <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Defendants' motion for attorneys' fees is pending before the court. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, upon <u>in camera</u> review of billing records and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendants El Dorado County Grand Jury, Warren, Lacy, Roth, Brunner and Gumpert move for attorneys' fees under 42 U.S.C. § 1988. That section provides in relevant part: ". . . In any action or proceeding to enforce a provision of . . . 42 U.S.C. §§ 1981 - 1983 . . ., the Court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs. . . ." 42 U.S.C. § 1988.

/////

/////

1   Plaintiff's section 1983 claims were dismissed for lack of subject matter
2   jurisdiction under the Rooker-Feldman doctrine.[1]  See Findings and Recommendations filed
3   January 13, 2005; Order filed March 22, 2005.  This court therefore lacks jurisdiction to make an
4   award of fees under section 1988.  See Branson v. Nott, 62 F.3d 287, 291-93 (9th Cir. 1995)
5   (under Feldman, court was without subject matter jurisdiction and no award of attorneys' fees
6   under section 1988 could be made).  Defendants do not move on any alternative basis for
7   attorneys' fees.

8   Accordingly, IT IS HEREBY RECOMMENDED that defendants' motion for
9   attorneys' fees be denied.

10  These findings and recommendations are submitted to the United States District
11  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
12  twenty days after being served with these findings and recommendations, any party may file
13  written objections with the court and serve a copy on all parties.  Such a document should be
14  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the
15  objections shall be served and filed within ten days after service of the objections.  The parties
16  are advised that failure to file objections within the specified time may waive the right to appeal
17  the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
18  DATED: September 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
menzies.fee

---

[1] The moving defendants specifically contended in their motion to dismiss that all claims alleged against them were barred under the Rooker-Feldman doctrine.  Defendants' Memorandum, filed July 2, 2004, at 7:12-9:25.

2